DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOAN M. POWERS,** Individually, **LAW OFFICE OF POWERS & ASSOCIATES, P.A., LAW OFFICE OF JOAN M. POWERS, ET AL**.,
Appellants,

v.

**MARTIN J. POWERS,** individually and as President of **LAW OFFICE OF MARTIN J. POWERS P.A., BIDJAKOEMAR NANHOE** a/k/a **JERRY BIDJAKOEMAR NANHOE** a/k/a **JERRY B. NANHOE,** a/k/a **JERRY NANHOE,** individually and as Officer/President of **NANHOE CONSULTING & MARKETING INC., ESTATE OF MARTIN E. POWERS, ANDREW REITKOEF** a/k/a **ANDREW REITKOPF,** individually, and as Owner/Office Manager/Registered Agent, **DAVID GREYDINGER,** individually, and as Owner/Office Manager/Registered Agent, **DR. LINDA VERASCO** a/k/a **DR. LINDA VARISCO,** President and Owner of **TOTAL REHABILITATION AND WELLNESS CENTER, P.A.,** and Unnamed Doctors/Owners/Office Managers of **TOTAL REHABILITATION AND WELLNESS CENTER, P.A., ET AL.,**
Appellees.

No. 4D21-1021

[February 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062015CA007686AXXXCE.

Rhonda F. Goodman of Rhonda F. Goodman, P.A., Miami, for appellants.

Denise V. Powers, Miami, for appellees Nanhoe Consulting and Marketing, Inc., and Jerry Bidjakoemar Nanhoe.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*